# United States Bankruptcy Court
## Eastern District of New York

In re **Brinton Towers Realty LLC**　　　　　　　　　　　Case No. **15-44289**

　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Brinton Towers Realty LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Leib Puretz**
**1877 East 9th Street**
**Brooklyn, NY 11230**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 25, 2015** | **/s/ David Carlebach** |
| Date | **David Carlebach** |
| | Signature of Attorney or Litigant |
| | Counsel for **Brinton Towers Realty LLC** |
| | **The Law Office of David Carlebach, Esq.** |
| | **55 Broadway** |
| | **Suite 1902** |
| | **New York, NY 10006** |
| | **212-785-3041 Fax:347-472-0094** |
| | **david@carlebachlaw.com** |