**CHECKING DEPOSIT**

**TD Bank**

DATE 11/18/2015

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

NAME Brinton Manor
PLEASE PRINT

ACCT. # 3476

CASH / CURRENCY ▶ 328597.06

TOTAL ITEMS

TOTAL FROM OTHER SIDE ▶

SUBTOTAL ▶

LESS CASH ▶

$328597.06

---

BRINTON MANOR
REALTY LLC
3000 LOCUST STREET
PITTSBURGH, PA 15221-4915

JPMorgan
CHASE BANK N.A.
75 EAST KENNEDY BLVD
LAKEWOOD NJ 08701

Check No. 4639
55-233 3207/212

Date 11/18/2015

Pay to the Order of   BRINTON MANOR

$**328,597.06*

Three Hundred Twenty-Eight Thousand Five Hundred Ninety-Seven Dollars and 06 Cents******   Dollars

Memo 3476

SECURITY FEATURES INCLUDED. DETAILS ON BACK

VOID VOID VOID VOID VOID VOID VOID VOID VOID

**CHECKING DEPOSIT**

TD Bank

DATE 11/18/2015

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

NAME Brinton Towers

PLEASE PRINT

ACCT. #     7777

CASH / CURRENCY    99265.82

TOTAL ITEMS

TOTAL FROM OTHER SIDE

SUBTOTAL

LESS CASH

$   99265.82

---

BRINTON TOWER REALTY LLC
3000 LOCUST STREET
PITTSBURGH, PA 15221-4915

JPMorgan
CHASE BANK N.A.
75 EAST KENNEDY BLVD
LAKEWOOD NJ 08701

Check No. 3336
55-233 3207/212

Date    11/18/2015

Pay to the Order of    BRINTON TOWERS

$**99,265.82*

Ninety-Nine Thousand Two Hundred Sixty-Five Dollars and 82 Cents******

Dollars

VOID VOID VOID VOID VOID VOID

Memo    7777

SECURITY FEATURES INCLUDED. DETAILS ON BACK

# CHASE

| Send On Deliver By ▼ | Status | Transfer From | Transfer To | Amount |
|---|---|---|---|---|
| 11/18/2015 11/18/2015 | Completed | TOWERS DEPOSIT (...4434) | TOWERS CHECKS (...4806) | $62,227.00 |

**Status:** This transaction has been completed.

**Memo:** transfer

**Transaction number:** 5012136879

**Submitted by:** 11/18/2015 02:16:49 PM EST

**Last modified by:** Not Available 11/18/2015 02:16:49 PM EST

# CHASE

| Send On Deliver By ▼ | Status | Transfer From | Transfer To | Amount |
|---|---|---|---|---|
| 11/18/2015 11/18/2015 | Completed | MANOR DEPOSIT (...4459) | MANOR CHECKS (...4798) | $214,695.00 |

**Status:** This transaction has been completed.

**Memo:** transfer

**Transaction number:** 5012123226

**Submitted by:** 11/18/2015 02:08:50 PM EST

**Last modified by:** Not Available 11/18/2015 02:08:50 PM EST

# Check Register

Check Tower Chase                                                                                               Page 1
11/18/2015

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|
| 11/18/2015 | | TransFER<br>cat:    [Deposit Tower Chase] | | | 62,227.00 | 99,265.82 |
| 11/18/2015 | 3336 | BRINTON TOWERS<br>cat:    [Brinton Towers Bankrupcy]<br>memo:    7777 | 99,265.82 | | | 0.00 |

Check Register

Check Manor Chase                                                                                          Page 1
11/18/2015

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|
| 11/18/2015 | | TransFER<br>cat:    [Deposit Manor Chase] | | | 214,695.00 | 328,597.06 |
| 11/18/2015 | 4639 | BRINTON MANOR<br>cat:    [Brinton Manor Bankrucy]<br>memo:      3476 | 328,597.06 | | | 0.00 |

**Bank**

America's Most Convenient Bank®

1-800-751-9000 | tdbank.com

*This is a reminder: wire is business*

Deposits may not be available for immediate withdrawal. All items are received subject to verification, collection and the provisions of any applicable collection agreement. TD Bank, N.A.

50-9178 (01/15)

02:44PM 11/18/15 *7777 COMMER DEP    $59,265.62    887

# TD Bank
America's Most Convenient Bank®

02:45PM 11/19/15 #3470 AVAIL BAL $62,040.42 B97

This is a reminder: *We're awesome!*

Deposits may not be available for immediate withdrawal. All items are received subject to verification, collection and the provisions of any applicable collection agreement. TD Bank, N.A.

50-9178 (07/15)

02:45PM 11/18/15 *3476 COMMER DEP *320,597.05 .007